HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WASTE ACTION PROJECT, | ) | No. 2:12-CV-01870-RSL |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | PLAINTIFF'S MOTION FOR OVER- |
| | ) | LENGTH REPLY BRIEF AND ORDER |
| DRAPER VALLEY HOLDINGS LLC, | ) | |
| d/b/a DRAPER VALLEY FARMS, | ) | |
| | ) | |
| Defendant, | ) | Note on Motion Calendar: March 18, 2014 |
| _____ | ) | |

Waste Action Project respectfully moves for five additional pages for its reply brief in support of its motion for partial summary judgment for the following reasons:

1. The subject matter entails complex technical issues, including lengthy expert testimony quoted and cited in Defendant's response brief in opposition to Waste Action Project's motion for partial summary judgment.

2. Waste Action Project intends to move to strike portions of Defendant's response brief on multiple grounds, and that motion must be included in Waste Action Project's reply brief by virtue of Local Rule CR 7(g).

PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH REPLY BRIEF - 1
No. 2:12-CV-01870-RSL

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860–2883

RESPECTFULLY SUBMITTED this 18th day of March, 2014.

                          SMITH & LOWNEY, PLLC

                          By: */s/ Claire E. Tonry*
                          Knoll Lowney, WSBA No. 23457
                          Brian A. Knutsen, WSBA No. 38806
                          Claire E. Tonry, WSBA No. 44497
                          Attorneys for Plaintiff
                          2317 East John Street; Seattle, WA 98112
                          Tel: (206) 860-2883; Fax: (206) 860-4187
                          Email: knoll@igc.org; briank@igc.org; clairet@igc.org

IT IS SO ORDERED,

    Dated this 19th day of March, 2014.

                                            HONORABLE ROBERT S. LASNIK
                                            UNITED STATES DISTRICT JUDGE

PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH REPLY BRIEF - 2
No. 2:12-CV-01870-RSL

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860–2883